UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN RODRIGUES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO.: 1:22-cv-1077-JLT-GSA<br><br>**ORDER GRANTING EAJA FEES**<br><br><br>(Doc. 22) |

As stipulated (Doc. 22), it is ORDERED that Plaintiff is awarded attorney fees and expenses of $9,000 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs subject to the terms set forth in the stipulation dated September 24, 2024 (Doc. 22).

IT IS SO ORDERED.

　　Dated: __**September 25, 2024**__　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE