# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN RODRIGUES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:22-cv-1077 JLT GSA<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 22) |

Karen Rodrigues and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $9,000.00 pursuant to the Equal Access to Justice Act.  (Doc. 22 at 1.)  Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $9,000.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

　　Dated: __**September 25, 2024**__　　　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE